**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**
**RENO DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| GARY S ZIMMERMAN and | ) | Case No. 3-08-bk-50071 |
| JOYCE M ZIMMERMAN, | ) |  |
|    Debtor(s) | ) |  |
|  | ) |  |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"),

as authorized agent for GE Money Bank a creditor in the above-captioned chapter 7 case, requests,

pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and

sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as

amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or

required to be served in this case be also given to and served, whether electronically or otherwise, on:

     Recovery Management Systems Corp.
     25 SE 2nd Avenue, Suite 1120
     Miami, FL 33131-1605
     Attn: Ramesh Singh
     Telephone: (305) 379-7674
     Facsimile: (305) 374-8113
     E-mail: claims@recoverycorp.com

Dated: Miami, Florida
January 31, 2008

          By: /s/ Ramesh Singh

          Ramesh Singh
          Recovery Management Systems Corp.
          Financial Controller
          25 SE 2nd Avenue, Suite 1120
          Miami, FL 33131-1605
          (305) 379-7674

Assignee Creditor: CARE CREDIT/GEMB [Last four digit of account:2238]