08 50071 Case No.

~~May 2~~ April 23, 2009

Dear Sir or Madam —

Our lender, Wells Fargo Mortgage, requires notification that our case is closed. We need this documentation before we are able to modify our home loan.

Thank you.

Gary & Joyce Zimmerman
3047 Casey Rd
Fallon NV 89406
775-428-2192

RECEIVED AND FILED
2009 APR 23 PM 1:06
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK